# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ROBERT S. INGLIMA, JR.,**
Appellant,

v.

**MARY WATKINS INGLIMA,**
Appellee.

No. 4D2022-3118

[November 30, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cheryl A. Caracuzzo, Judge; L.T. Case No. 502021DR000501.

John D. Boykin of John D. Boykin, P.A., North Palm Beach, for appellant.

Jeffrey V. Mansell of Burlington & Rockenbach, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., FORST and KUNTZ, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***